IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-01929-MSK-MJW

LAPRELL M.  WADE,

Plaintiff(s),

v.

WILLIAM B.  SCHOOLCRAFT, M.D., P.C.,
d/b/a Colorado Center for Reproductive Medicine, P.C..,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Unopposed Motion for Leave to Amend Complaint (docket no. 15) is GRANTED finding good cause shown and finding that the requirements of Fed. R. Civ. P. 15(a) have been met.  The Amended Complaint (docket no. 15-1) is accepted for filing as of the date of this minute order.

Date:  December 1, 2011