IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-01929-MSK-MJW

LAPRELL M.  WADE,

Plaintiff(s),

v.

WILLIAM B.  SCHOOLCRAFT, M.D., P.C.,
d/b/a Colorado Center for Reproductive Medicine, P.C..,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Motion for Protective Order or to Quash Subpoena (docket no. 26) is MOOT and therefore DENIED.  On March 30, 2012, Wal-Mart Stores, Inc. responded by providing a Certification of Not Records stating that it found no records responsive to the subpoena.  See copy of Certification of No Records- exhibit A attached to Response (docket no. 30).

Date: April 6, 2012