IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01929-MSK-MJW

LAPRELL M. WADE,

       Plaintiff,

v.

WILLIAM B. SCHOOLCRAFT, M.D., P.C., d/b/a Colorado Center for Reproductive Medicine,

       Defendant.

## FINAL JUDGMENT

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a), the following Final Judgment is hereby entered.

Pursuant to the Opinion and Order filed on February 8, 2013, Granting Motion for Summary Judgment, it is

ORDERED that defendant's Motion for Summary Judgment (Docket No. #32) is GRANTED, final judgment is hereby entered in favor of defendant William B. Schoolcraft, M.D., P.C., d/b/a Colorado Center for Reproductive Medicine and against Laprell M. Wade on all claims in the action, the Amended Complaint is dismissed, and the case is closed.  It is further

ORDERED that defendant is AWARDED its costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 12th day of February, 2013.

                                        FOR THE COURT:
                                        JEFFREY P. COLWELL, CLERK

                                        By: s/Edward P. Butler
                                        Edward P. Butler, Deputy Clerk