IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01929-MSK-MJW

LAPRELL M. WADE,

    Plaintiff,

v.

WILLIAM B. SCHOOLCRAFT, M.D., P.C., a Colorado corporation, d/b/a COLORADO CENTER FOR REPRODUCTIVE MEDICINE, P.C.,

    Defendant.

## STIPULATION OF COSTS

The parties, Plaintiff, LaPrell M. Wade, and Defendant, William B. Schoolcraft, M.D., P.C., a Colorado corporation, d/b/a Colorado Center for Reproductive Medicine, P.C. (hereinafter "CCRM"), through their respective attorneys and pursuant to D.C.COLO.L.CivR 54.1, hereby stipulate that the amount of costs to be taxed in this matter is Two Thousand Five Hundred Forty Nine and 07/100 Dollars ($2,549.07). The parties therefore respectfully request that the Clerk enter an Order taxing costs against Plaintiff and in favor of Defendant in the amount of $2,549.07.

Respectfully submitted this 6th day of March, 2013.

*Attorneys for Defendant*

 /s/ Tiffany A. Updegraff
William A. Rogers, III
Tiffany A. Updegraff
Wood, Ris & Hames, P.C.
1775 Sherman Street, Suite 1600
Denver, Colorado 80203
Email: wrogers@wrhlaw.com
tupdegraff@wrhlaw.com

*Attorneys for Plaintiff*

  /s/ Hugh S. Pixler
Hugh S. Pixler
Law Office of Hugh S. Pixler
1942 Broadway, Suite 314
Boulder, Colorado 80302
Email: hugh@Pixlerlaw.com